

# Fourth Court of Appeals
## San Antonio, Texas

February 21, 2017

No. 04-16-00755-CV

**IN THE ESTATE OF AMINITA PEREZ-MUZZA, DECEASED**,

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2007PB7000089 L2
Honorable Jesus Garza, Judge Presiding

# O R D E R

After this court granted appellant a thirty-three days extension, appellant's brief was due January 30, 2017. However, on January 6, 2017, the appellate deadlines were suspended to allow the parties to engage in mediation. On February 15, 2017, we received a letter advising the parties were unable to reach a settlement. Accordingly, we **ORDER** the appellate deadlines reinstated and **ORDER** appellant to file his brief in this court on or before **March 23, 2017**.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of February, 2017.

_____
Keith E. Hottle
Clerk of Court